UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIZ GOMEZ <br> and <br> MARISSA SANCHEZ <br> and <br> FELECIA MCKINNEY, *et al*, <br><br> Plaintiffs, <br> VS. <br><br> HARRIS COUNTY <br> and <br> ALAN ROSEN <br> and <br> CHRIS GORE, *et al*, <br><br> Defendants. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:21-CV-01698 |

## AMENDED NOTICE OF SETTING

The parties are hereby notified that a status conference is set for **August 19, 2021 at 9:00 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at the number provided in order to participate in the conference call.

Conference number: **713-250-5126**

Conference ID: **45126#**

Conference Password: **13579#**

Date: August 9, 2021                                    NATHAN OCHSNER, CLERK

                                    By: C. Horace, Case Manager to
                                    Judge Kenneth M. Hoyt