**In the United States District Court
for the Southern District of Texas
Houston Division**

| | |
|---|---|
| **Liz Gomez,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Harris County, Texas,** *et al.*, <br><br> Defendants. | Civil Action No. 4:21-CV-01698 <br><br> Jury Demanded |

    Defendants Chief Chris Gore and Lieutenant Shane Rigdon appeal to the United States Court of Appeals for the Fifth Circuit the District Court's Order entered on August 30, 2021, identified as Docket No. 29 that denied Defendants Chief Chris Gore's and Lieutenant Shane Rigdon's qualified immunity.

    The appeal is authorized under the Collateral Order Doctrine.

    Defendants Chief Chris Gore and Lieutenant Shane Rigdon will be the Appellants in the appeal.

                                            Respectfully submitted,

                                            /s/ *William S. Helfand*
                                            William S. Helfand
                                            Attorney-in-Charge
                                            SBOT: 09388250
                                            Southern District of Texas Bar No. 8791
                                            Norman Ray Giles
                                            SBOT: 24014084
                                            Southern District of Texas Bar No. 26966

OF COUNSEL:

LEWIS BRISBOIS BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas, 77046

(713) 659-6767
(713) 759-6830 (Fax)
Attorneys for Defendants Chief Chris Gore
and Lieutenant Shane Rigdon

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I electronically filed the foregoing document with using the CM/ECF system, and a copy of this filing has been forwarded to all counsel of record in accordance with the ECF local rules.

<u>/s/ <i>William S. Helfand</i></u>
William S. Helfand