IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Liz Gomez, Marissa Sanchez,** § | | |
| **Felicia McKinney, Jacquelyn Aluotto,** § | | |
| and **Jassmine Huff,** § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | Civil Action No.4:21-cv-01698 | |
| § | | |
| **Harris County, Texas**; § | (Jury Demanded) | |
| **Alan Rosen**, *in his individual capacity*, § | | |
| **Chris Gore**, *in his individual capacity*, § | | |
| **Shane Rigdon**, *in his individual capacity* § | | |
| § | | |
| *Defendants* § | | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Liz Gomez, Marissa Sanchez, Felicia McKinney, Jacquelyn Aluotto, and Jassmine Huff appeal to the United States Court of Appeals for the Fifth Circuit to the District Court's Order entered on August 30, 2021, identified as Docket No. 29 that granted Defendant Alan Rosen's motion to dismiss all counts Plaintiff's First Amended Petition in his individual capacity.

This appeal is authorized under the Collateral Order Doctrine. Plaintiffs Liz Gomez, Marissa Sanchez, Felicia McKinney, Jacquelyn Aluotto, and Jassmine Huff will be the appellants in the appeal.

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Brock C. Akers*
Brock C. Akers
TBN: 00953250
*/s/ Cordt C. Akers*
Cordt C. Akers
TBN: 24080122
3401 Allen Parkway, Suite 101
Houston, TX 77019
Phone: (713) 877-2500
Fax:     (713) 583-8662
bca@akersfirm.com
cca@akersfirm.com

ATTORNEYS FOR FELICIA
McKINNEY, JASSMINE HUFF, and
JACQUELYN ALUOTTO


**FARRAR & BALL, LLP**

/s/ William R. Ogden
WILLIAM R. OGDEN
Texas State bar No. 24073531
Federal Bar No. 2202355
/s/ Mark Bankston
MARK BANKSTON
Texas State bar No. 24071066
117 Herkimer St.
Houston, TX 77008
713.221.8300 Telephone
713.221.8301 Fax
bill@fbtrial.com
mark@fbtrial.com

ATTORNEYS FOR LIZ GOMEZ and
MARISSA SANCHEZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2021, I electronically filed the foregoing document with using the CM/ECF system, and a copy of this filing has been forwarded to all counsel of record in accordance with the ECF local rules.

*/s/ William R. Ogden*
William R. Ogden