# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*January 12, 2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
January 12, 2022
Lyle W. Cayce
Clerk

No. 21-20480

Liz Gomez; Marissa Sanchez; Felecia McKinney; Jacquelyn Aluotto; Jassmine Huff,

*Plaintiffs—Appellees/Cross-Appellants*,

versus

Chris Gore, Shane Rigdon,

*Defendants—Appellants,*

Alan Rosen,

*Defendant—Cross-Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1698

---

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the cross-appeal is dismissed as of January 12, 2022, pursuant to Cross-Appellants' motion.

No. 21-20480

By:     LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christina Gardner*
_____
Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 12, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 21-20480    Gomez v. Gore  
                     USDC No. 4:21-CV-1698

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Christina A. Gardner, Deputy Clerk  
                              504-310-7684

Mr. Brock Cordt Akers  
Mr. William S. Helfand  
Mr. Nathan Ochsner  
Mr. William Ogden  
Mr. Justin Carl Pfeiffer