IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Liz Gomez, Marissa Sanchez**, § | | |
| **Felicia McKinney, Jacquelyn Aluotto**, § | | |
| and **Jassmine Huff**, § | | |
| *Plaintiffs* § | | |
| § | | |
| v. § | Civil Action No.4:21-cv-01698 | |
| § | | |
| **Harris County, Texas**; § | (Jury Demanded) | |
| **Alan Rosen**, *in his individual capacity*, § | | |
| **Chris Gore**, *in his individual capacity*, § | | |
| **Shane Rigdon**, *in his individual capacity* § | | |
| § | | |
| *Defendants* § | | |

# NOTICE OF PARTIAL VOLUNTARY DISMISSAL AS TO DEFENDANTS GORE AND RIGDON, INDIVIDUALLY, PURSUANT TO F.R.C.P. 41(a)(1)(A)

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Civil Rule of Procedure 41(a)(1)(A) Plaintiffs and their counsel hereby give notice that the above-styled action is voluntarily dismissed as to Defendants Chris Gore in his individual capacity and Shane Rigdon in his individual capacity only.

Date: January 14, 2022

Respectfully submitted,

**THE AKERS FIRM, PLLC**

*/s/ Brock C. Akers*
Brock C. Akers
TBN: 00953250
*/s/ Cordt C. Akers*
Cordt C. Akers
TBN: 24080122

        3401 Allen Parkway, Suite 101
        Houston, TX 77019
        Phone: (713) 877-2500
        Fax:    (713) 583-8662
        bca@akersfirm.com
        cca@akersfirm.com

        ATTORNEYS FOR FELICIA McKINNEY, JASSMINE HUFF, and JACQUELYN ALUOTTO

        **FARRAR & BALL, LLP**

        /s/ William R. Ogden
        WILLIAM R. OGDEN
        Texas State bar No. 24073531
        Federal Bar No. 2202355
        /s/ Mark Bankston
        MARK BANKSTON
        Texas State bar No. 24071066
        117 Herkimer St.
        Houston, TX 77008
        713.221.8300 Telephone
        713.221.8301 Fax
        bill@fbtrial.com
        mark@fbtrial.com

        ATTORNEYS FOR LIZ GOMEZ and MARISSA SANCHEZ

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with using the CM/ECF system, and a copy of this filing has been forwarded to all counsel of record in accordance with the ECF local rules.

        */s/ William R. Ogden*
        William R. Ogden