United States Courts
Southern District of Texas
FILED
March 03, 2022
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 3, 2022
Lyle W. Cayce
Clerk

No. 21-20480

LIZ GOMEZ; MARISSA SANCHEZ; FELECIA MCKINNEY; JACQUELYN ALUOTTO; JASSMINE HUFF,

*Plaintiffs—Appellees,*

*versus*

CHRIS GORE, SHANE RIGDON,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1698

---

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of March 03, 2022, pursuant to the stipulation of the parties.

A True Copy
Certified order issued Mar 03, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

By:  LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Christina Gardner*

Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 03, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

   No. 21-20480   Gomez v. Gore
                  USDC No. 4:21-CV-1698

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

cc w/encl:
    Mr. Brock Cordt Akers
    Mr. William S. Helfand
    Mr. William Ogden
    Mr. Justin Carl Pfeiffer