United States District Court
Southern District of Texas
**ENTERED**
May 20, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIZ GOMEZ, et al., | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 4:21-cv-01698 |
| HARRIS COUNTY, TEXAS, et al., | § | |
| *Defendant.* | § | |

### AGREED AMENDED SCHEDULING ORDER

Before the Court is the Parties' joint motion to amend the Scheduling Order previously entered by the Court on August 19, 2021 (Dkt. 30). Having considered the motion, the Court is of the opinion that it should be **GRANTED**.

It is therefore **ORDERED** that the following amended schedule, as agreed to between the parties, shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | February 21, 2022 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | August 22, 2022 |
| Report furnished by: | August 22, 2022 |
| Defendant's experts to be designated by: | September 19, 2022 |
| Report furnished by: | September 19, 2022 |
| Discovery to be completed by: | December 1, 2022 |
| Dispositive motions due by: | December 19, 2022 |
| Docket call to be held at 11:30 AM on: | March 6, 2023 |
| Estimated trial time: TBA | Jury Trial |

SIGNED on this 19th day of May, 2022.

Kenneth M. Hoyt
United States District Judge