IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIZ GOMEZ, et al., § § Plaintiffs, § § v. § § HARRIS COUNTY, TX, et al., § § Defendants. § | CIVIL ACTION NO. 4:21-CV-01698 |

## DEFENDANT HARRIS COUNTY'S
## UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant Harris County, Texas ("Harris County") respectfully requests leave to exceed the Court's twenty-five page limit for Harris County's Rule 12(c) Motion for Judgment on the Pleadings (the "Rule 12(c) Motion"). Plaintiffs are not opposed to this request.

In a forty-four-page First Amended Complaint, five Plaintiffs allege six causes of action against Harris County under 42 U.S.C. section 1983.[1] Each claim alleges a different basis for municipal liability based on a different underlying constitutional violation. There are two substantive due process claims by different sets of Plaintiffs based on separate alleged incidents, two equal protection claims based on separate alleged events involving different Plaintiffs, and two First Amendment retaliation claims, again based on two different

---
[1] Dkt. 7.

instances of alleged retaliation for two separate instances of speech by two different Plaintiffs.

For each of these six causes of action, Harris County's Rule 12(c) Motion details the legal and factual insufficiencies in Plaintiffs' First Amended Complaint as to <u>both</u>:

- the specific elements — policymaker, policy, and moving force — required for section 1983 municipal liability under *Monell v. Department of Social Services*, 436 U.S. 658, 694 (1978); <u>and</u>

- the underlying elements of each alleged constitutional violation.

Properly addressing these issues for all six of Plaintiffs' claims necessitates briefing in excess of the Court's twenty-five-page limit, for a total of sixty pages of substantive briefing. Harris County therefore requests leave to exceed the Court's twenty-five-page limit by thirty-five additional pages. Harris County understands the Court's judicial resources are valuable and has ensured that its Rule 12(c) Motion is concise, pertinent, and well organized as required by the rules.

WHEREFORE, Harris County respectfully requests that this Court grant it leave to exceed the Court's twenty-five-page limit and file its Rule 12(c) Motion containing sixty pages of substantive briefing, excluding the cover page, tables of contents and authorities, signatures pages, and certificate of service.

Respectfully submitted,

*/s/ Kelly Sandill*
Kelly Sandill
State Bar No. 24033094
S.D.O.T. No. 38594
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4181
Facsimile: (713) 220-4285
*ksandill@huntonak.com*

ATTORNEY-IN-CHARGE FOR DEFENDANT
HARRIS COUNTY, TEXAS

OF COUNSEL:

Katy Boatman
TX Bar No. 24062624
S.D.O.T. No. 1466131
Ashley S. Lewis
State Bar No. 24079415
S.D.O.T. No. 1457934
Leah Nommensen
State Bar No. 24101573
S.D.O.T. No. 3042052
Adrianna Culbreth
State Bar No. 24120785
S.D.O.T. No. 3696600
HUNTON ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
*kboatman@huntonak.com*
*ashleylewis@huntonak.com*
*leahnommensen@huntonak.com*
*aculbreth@huntonak.com*

-AND-

Daniel N. Ramirez
State Bar No. 24039127
S.D.OT. No. 36213
Brittany G. Mortimer
State Bar No. 24084647
S.D.O.T. No. 2563723
MONTY & RAMIREZ LLP
150 W. Parker Road, 3rd Floor
Houston, Texas 77076
Telephone: 281-493-5529
Facsimile: 281-493-5983
*dramirez@montyramirezlaw.com*
*bmortimer@montyramirezlaw.com*

-AND-

Neal A. Sarkar
Special Assistant County Attorney
State Bar No. 24093106
S.D.O.T. No. 2274036
Pam Rea
Assistant County Attorney
State Bar No. 00792790
S.D.O.T. 20799
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924
*neal.sarkar@cao.hctx.net*
*pam.rea@cao.hctx.net*

## CERTIFICATE OF CONFERENCE

I certify that on June 20, 2022, I communicated via e-mail with (a) Bill Ogden, as counsel for Plaintiffs Liz Gomez and Marissa Sanchez, (b) Brock and Cordt Akers, as counsel for Plaintiffs Felicia McKinney and Jassmine Huff, and (c) Jaqualine McMillan, as counsel for Plaintiff Jacquelyn Aluotto. On June 21, 2022, Cordt Akers responded "on behalf of all Plaintiffs," copying all counsel of record, that Plaintiffs are unopposed to the relief sought by this motion.

/s/ Kelly Sandill
Kelly Sandill

## CERTIFICATE OF SERVICE

I certify that on June 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using PACER. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by PACER.

/s/ Kelly Sandill
Kelly Sandill

EMF_US 89380351v1