UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIZ GOMEZ, *et al.*, | § § § § | |
| Plaintiffs, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 4:21-CV-01698 |
| HARRIS COUNTY, *et al.*, | | |
| Defendants. | | |

### ORDER GRANTING PLAINTIFF JACQUELYN ALUOTTO'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUE COUNSEL OF RECORD

The Court, having heard the plaintiff, Jacquelyn Aluotto's unopposed motion to withdraw and substitute counsel and any responses thereto, is of the opinion that good cause exists, therefore it is hereby

**ORDERED** that the plaintiff's motion to withdraw and substitute counsel is **GRANTED**.

It is further **ORDERED** that Jaqualine P. McMillan, of the law firm The McMillan Law Firm PLLC, 1010 Lamar Suite 750, Houston, Texas 77002 is substituted in as an attorney of record for the plaintiff, Jacquelyn Aluotto and further **ORDERED** that Brock C. Akers and Cordt C. Akers, of The Akers Law Firm, are withdrawn as an attorney of record for plaintiff Aluotto in this matter.

SIGNED on June 30, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge