United States District Court
Southern District of Texas
**ENTERED**
August 19, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIZ GOMEZ, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01698 |
| § | |
| HARRIS COUNTY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER REFERRING CASE TO MEDIATION BEFORE MAGISTRATE JUDGE

Before the Court is the parties' joint motion to refer this case to mediation before a United States Magistrate Judge (Dkt. No. 68). Having given the motion due consideration, the Court concludes the joint motion should be **GRANTED**.

It is, therefore, **ORDERED** that this case is referred for mediation before the Honorable Dena Hanovice Palermo.

It is so **ORDERED**.

SIGNED on August 18, 2022, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge