# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **Liz Gomez,** et al | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | Civil Action No.4:21-cv-01698 |
| | § | |
| **Harris County, Texas**; et al | § | (Jury Demanded) |
| | § | |
| *Defendant* | § | |

### PLAINTIFFS JASSMINE HUFF, FELICIA McKINNEY, LIZ GOMEZ, & MARISSA SANCHEZ'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE KENNETH HOYT:**

Plaintiffs JASSMINE HUFF, FELICIA McKINNEY, LIZ GOMEZ, and MARISSA SANCHEZ file this Unopposed Motion to Dismiss with Prejudice, and respectfully show the Court as follows:

I.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Jassmine Huff, Felicia McKinney, Liz Gomez, and Marissa Sanchez move to dismiss with prejudice all claims against defendant Harris County, Texas for the reason that all matters in controversy have been fully and finally resolved, with each party to bear its own attorney's fees and costs. Plaintiffs likewise stipulate henceforth that the Court's order dismissing defendant Alan Rosen in his individual capacity [Dkt. 29] is a non-appealable final judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Jassmine Huff, Felicia McKinney, Liz Gomez, and Marissa Sanchez pray this Court grant this Unopposed Motion to Dismiss with

Prejudice and order that all claims brought by Plaintiffs in this matter are dismissed with prejudice.

                                            **THE AKERS FIRM, PLLC**

By:   /s/ Cordt C. Akers
         CORDT C. AKERS
         State Bar No. 24080122
         /s/ Brock C. Akers
         BROCK C. AKERS
         Federal I.D. No. 2046
         State Bar No. 00953250
         THE AKERS FIRM, PLLC
         3401 Allen Parkway, Suite 101
         Houston, Texas 77019
         Telephone: 713-877-2500
         Facsimile: 713-583-8662
         bca@akersfirm.com
         cca@akersfirm.com

         ATTORNEYS FOR JASSMINE HUFF
         AND FELICIA MCKINNEY


         **FARRAR & BALL, LLP**

         /s/ William R. Ogden
         WILLIAM R. OGDEN
         Texas State bar No. 24073531
         Federal Bar No. 2202355
         /s/ Mark Bankston
         MARK BANKSTON
         Texas State bar No. 24071066
         117 Herkimer St.
         Houston, TX 77008
         713.221.8300 Telephone
         713.221.8301 Fax
         bill@fbtrial.com
         mark@fbtrial.com

         ATTORNEYS FOR LIZ GOMEZ and
         MARISSA SANCHEZ

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that, on this day of July 1, 2024, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner to those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Brock C. Akers