United States District Court
Southern District of Texas
**ENTERED**
August 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIZ GOMEZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01698 |
| | § | |
| HARRIS COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF JACQUELYN ALUOTTO'S UNOPPOSED
MOTION TO DISMISS WITH PREJUDICE**

The Court, having considered the Plaintiff Jacquelyn Aluotto's Unopposed Motion to Dismiss with Prejudice is of the opinion that dismissal is proper, therefore it is hereby

**ORDERED** that Plaintiff Jacquelyn Aluotto's Unopposed Motion to Dismiss with Prejudice is **GRANTED**, that Plaintiff Jacquelyn Aluotto take nothing from Defendant Harris County, Texas, and that all costs of the Court be assessed against the party incurring the same.

It is so ORDERED.

SIGNED on August 23, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge