United States District Court
Southern District of Texas
**ENTERED**
August 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIZ GOMEZ, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-01698 |
| | § | |
| HARRIS COUNTY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFFS JASSMINE HUFF, FELICIA MCKINNEY, LIZ GOMEZ, & MARISSA SANCHEZ'S UNOPPOSED MOTION TO <u>DISMISS WITH PREJUDICE</u>

The Court, having considered the plaintiffs', Jassmine Huff, Felicia McKinney, Liz Gomez, & Marissa Sanchez's Unopposed Motion to Dismiss with Prejudice is of the opinion that dismissal with prejudice is proper (Dkt. No. 127).

It is hereby **ORDERED** that plaintiffs Jassmine Huff, Felicia McKinney, Liz Gomez, & Marissa Sanchez's claims against Harris County, Texas are hereby **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2), with each party to bear their own attorney's fees and costs. It is further **ORDERED** that the Court's order granting dismissal against Defendant Alan Rosen in his individual capacity [Dkt. 29] is a non-appealable final judgment.

It is so ORDERED.

SIGNED on August 23, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge